## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:14-CV-21081-KMM |
| COLUMBIA SPORTSWEAR USA CORPORATION, | ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Hawk Technology Systems, LLC and Defendant, Columbia Sportswear USA Corporation, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

The parties respectfully request that this Court enter an order dismissing with prejudice all claims asserted by Hawk Technology Systems, LLC and Columbia Sportswear USA Corporation against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith the parties consent to the Court having its case closed for administrative purposes.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Angela M. Lipscomb* | By: /s/Matthew A. Werber |
| Angela M. Lipscomb (31111) | Matthew A. Werber |
| Alipscomb@lebfirm.com | mwerber@seyfarth.com |
| LIPSCOMB, EISENBERG & BAKER, PL | Michael H. Baniak |
| 2 South Biscayne Blvd., Penthouse 3800 | mbaniak@seyfarth.com |
| Miami, FL 33131 | Seyfarth Shaw, LLP |
| Telephone: (786) 431-2228 | 131 S. Dearborn Street, Suite 2400 |
| Facsimile: (786) 431-2229 | Chicago, IL 60603-5577 |
| *Counsel for Plaintiff* | Telephone: (312) 460-5000 |
| | *LEAD ATTORNEY* , *PRO HAC VICE* |
| | *Counsel for Defendant* |

Garry William O'Donnell
garry.odonnell@gmlaw.com
Greenspoon Marder, P.A.
2255 Glades Rd.
Suite 414-E
Boca Raton, FL 33431
Phone: 561-994-2212
Facsmile: 561-997-8494
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/Angela M. Lipscomb, Esq.
Angela M. Lipscomb